Xiaoyi Yao (State Bar No. 261290)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539
syao@jonesday.com

Attorney for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. KEENER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HSBC MORTGAGE SERVICES, INC, JPMORGAN CHASE BANK, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　Defendants. | Case No. CV 09-6956-JHN-JEM<br><br>**[PROPOSED]** **ORDER GRANTING LEAVE TO FILE EXPERIAN INFORMATION SOLUTIONS, INC'S AMENDED ANSWER**<br><br>Complaint Filed: September 24, 2009<br>Trial Date:  December 14, 2010 |

**IT IS HEREBY STIPULATED** by and between Plaintiff James E. Keener ("Keener"), *pro se*, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorney of record, as follows:

WHEREAS, on June 19, 2010, Keener moved to strike Experian's third, fourth, fifth, sixth, thirteenth and fourteenth affirmative defenses;

WHEREAS, in the interests of judicial economy, Experian now seeks to file an amended answer to remove its third, thirteenth and fourteenth affirmative defenses;

NOW, THEREFORE, Keener, *pro se*, and Experian, acting by and through its counsel of record, do hereby stipulate as follows:

1  The document attached hereto as Exhibit A entitled AMENDED ANSWER
2  OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO
3  PLAINTIFF JAMES E KEENER'S FIRST AMENDED COMPLAINT shall be
4  designated as the operative pleading in this matter and be deemed to have been filed
5  the date this Order is executed.

6
7  Dated:  June 29, 2010

8  By: _____
9  James E. Keener, Pro Se

10
11  Dated:  June 29, 2010                    JONES DAY

12
13  By:  /s/ Xiaoyi Yao
     Xiaoyi Yao
14
   Attorney for Defendant
15  EXPERIAN INFORMATION
   SOLUTIONS, INC.

16
17
18
19
20
21
22
23
24
25
26
27
28

1 **[PROPOSED] ORDER**

2 Having read the above stipulation and finding good cause thereto, The Court
3 hereby grants leave for Experian to file its amended answer and order the Clerk to
4 perform the following:

5 The document attached hereto as Exhibit A entitled AMENDED ANSWER
6 OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO
7 PLAINTIFF JAMES E KEENER'S FIRST AMENDED COMPLAINT shall be
8 designated as the operative pleading in this matter and be deemed to have been filed
9 the date this Order is executed.

11 **IT IS SO ORDERED.**

13 ENTERED this 6th day of July, 2010.

17 Honor_____ıyen

# CERTIFICATE OF SERVICE

I, Xiaoyi Yao, declare:

I am a legal resident of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On July 6, 2010, I served a copy of the **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE EXPERIAN INFORMATION SOLUTIONS, INC'S AMENDED ANSWER** by electronic transmission.

I am familiar with the United States District Court, Central District Of California 's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

> S Christopher Yoo
> Adorno Yoss Alvarado and Smith
> 1 MacArthur Place Suite 200
> Santa Ana , CA 92707
> 714-852-6800
> Fax: 714-852-6899
> Email: cyoo@adorno.com
>
> Attorney for JPMorgan Chase Bank

Executed on July 6, 2010, at Irvine, California.

*/s/ Xiaoyi Yao*
Xiaoyi Yao

# PROOF OF SERVICE

I, Toni K. Sutton, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On July 6, 2010, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE EXPERIAN INFORMATION SOLUTIONS, INC'S AMENDED ANSWER**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.
  James S. Keener
  40485 D Murrieta Hot Springs Road
  Suite 402
  Murrieta, CA 92563
  Telephone: (760) 275-2243
  Email: jamesekeener@yahoo.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2010, at Irvine, California.

_____
Toni K. Sutton

C:\Documents and Settings\JP011599\Desktop\Stipulation and [Proposed] Order Granting Leave to File Amended Answer.doc

5

CV 09-6956

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28