Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
Eric J. Hardeman (State Bar No. 253489)
ejhardeman@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. KEENER,** | Case No. 2:09-CV-06956-JHN (JEMx) |
| **Plaintiff,** | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **v.** | |
| **HSBC MORTGAGE SERVICES, INC., JP MORGAN CHASE BANK, EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendants.** | |

   Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated between Plaintiff James E. Keener ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that all of Plaintiff's claims asserted against Experian in this case are dismissed with prejudice on the merits, with each side bearing its own costs.

IRI-18238v1

1    Dated:    March 4, 2011                Respectfully submitted,

2

3

4                                           Angela M. Taylor
                                            JONES DAY
5                                           3161 Michelson Drive, Suite 800
                                            Irvine, CA  92612
6                                           Telephone:  949-553-7590
                                            Facsimile:   949-553-7539
7                                           *Attorney for Defendant*
                                            Experian Information Solutions, Inc.
8

9

10   Dated:    March 12 2011                Respectfully submitted,

11

12

13                                          James E. Keener
                                            *Plaintiff in Pro Per*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRJ-18238v1

- 2 -